1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8   PATRICIA BORQUEZ,                    )

9               Plaintiff,               )
                                         )
10  vs.                                  )
                                         )
11  LEMUEL L. LOLLIS IRA, LLC, dba       )        No.  CV 14-2142-TUC-CKJ
    ASADERO HOT DOGS, a domestic         )
12  corporation, and LEMUEL LOLLIS,      )
                                         )              **ORDER**
13              Defendants.              )
    _____     )
14                                       )
    LEMUEL L. LOLLIS,                    )
15                                       )
               Counter Claimant,         )
16                                       )
    vs.                                  )
17                                       )
    PATRICIA BORQUEZ,                    )
18                                       )
               Counter Defendant.        )
19  _____     )

20         Upon stipulation of parties and for good cause shown,

21         IT IS HEREBY ORDERED:

22         1.     This matter is DISMISSED with prejudice, each party to bear their own fees and

23         costs.

24         2.     The Court will retain jurisdiction to enforce the terms of the settlement.

25         DATED this 17th day of November, 2015.

26

27         _____
                    Cindy K. Jorgenson
28             United States District Judge