# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Borquez, | NO. CV-14-02142-TUC-CKJ |
| Plaintiff, | JUDGMENT |
| v. | |
| Lemuel L Lollis IRA LLC, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed November 29, 2016, judgment is entered in favor of Plaintiff Patricia Borquez and against Defendant Lemuel L. Lollis for the principal remaining balance amount of $700.00 and for Borquez's reasonable attorneys' fees in the amount of $500.00. The forgoing amounts shall bear interest at a rate of .7825% per annum from this date until paid in full.

    Brian D. Karth
    District Court Executive/Clerk of Court

November 29, 2016

        s/ M Rodriguez
By  Deputy Clerk